W. M. "JIMMIE" UMPHLETT, T/A JIMMIE'S COASTAL SERVICE v.
WILLIAM M. BUSH, ET UX, MARY H. BUSH

No. 691DC514

(Filed 17 December 1969)

**Appeal and Error § 39— failure to docket record on appeal in apt time**
Appeal is dismissed for failure to docket the record on appeal within
the time prescribed by Court of Appeals Rule 5. Court of Appeals Rule 48.

APPEAL by defendants from *Privott, District Judge,* May 1969
Session of DARE District Court.

Plaintiff, a building contractor, instituted this action to recover
a balance alleged to be due upon an oral contract for repairs and
additions to certain buildings owned by defendants near Kitty Hawk,
N. C. Defendants answered and denied the amount of the contract
and the amount of credits thereon as alleged in the complaint, and
counterclaimed for loss of certain tools and materials which de-
fendants alleged had been converted by plaintiff to his own use
and for damages resulting from plaintiff's alleged failure to perform
the contract in a workmanlike manner. The parties waived jury
trial. After hearing evidence, the district judge answered issues find-
ing defendants indebted to plaintiff for labor and materials furnished
as alleged in the complaint in the amount of $2,811.68, plaintiff in-
debted to defendants as alleged in the counterclaim in the amount
of $182.60, and rendered judgment in favor of plaintiff in the amount
of the difference of $2,629.08. Defendants appealed.

*Forrest V. Dunstan for plaintiff appellee.*

*McCown & McCown, by Wallace H. McCown, for defendant ap-
pellants.*

PARKER, J.

The judgment here appealed from was dated 12 May 1969. The
record on appeal was docketed in this Court on 15 September 1969,
126 days after the date of the judgment appealed from. Rule 5 of
the Rules of Practice in the Court of Appeals provides that the case
may be dismissed if the record on appeal is not docketed within 90
days after the date of the judgment appealed from; provided the
trial tribunal may, for good cause, extend the time for docketing
the record on appeal not exceeding 60 days. No order extending the
time for docketing appears in the record before us. For failure to
docket within the time prescribed by our rules, the appeal is dis-
missed. Rules 5 and 48, Rules of Practice in the Court of Appeals

of North Carolina; *Osborne v. Hendrix,* 4 N.C. App. 114, 165 S.E. 2d 674; *City of Randleman v. Stevenson,* 4 N.C. App. 113, 165 S.E. 2d 693; *Ellis v. Guilford County,* 4 N.C. App. 111, 165 S.E. 2d 688; *Evangelistic Assoc. v. Bd. of Tax Supervision,* 3 N.C. App. 479, 165 S.E. 2d 67; *Williams v. Williams,* 1 N.C. App. 446, 161 S.E. 2d 757.

Appeal dismissed.

CAMPBELL and GRAHAM, JJ., concur.